IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-398-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JARVIS DEMOND HEMPHILL, ) <br> ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's letter filed on January 27, 2012, which the Court treats as a motion for inquiry into status of counsel. (document #9) Defendant states in his letter that "I don't feel safe with this new federal lawyer do to the fact my new federal lawyer have came in contact with my state lawyer and talked about my case so if you would sign me a new federal lawyer before trial." Defendant was initially charged in state court and later indicted in this Court . The Court finds that Defendant's motion fails to state a sufficient basis for removal of his appointed counsel.

Based upon the foregoing, Defendant's Motion is **DENIED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: February 16, 2012

David S. Cayer
United States Magistrate Judge